

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
| --- | --- | --- |
| IN RE: | | No. 08-18-00134-CV |
| | § | |
| GILBERT MALOOLY AND CHRIS | | AN ORIGINAL PROCEEDING |
| MALOOLY, AS PERSONAL | § | |
| REPRESENTATIVES OF THE | | IN MANDAMUS |
| ESTATE OF GERALDINE | § | |
| MALOOLY, TERI FINNEGAN, LEE | | |
| CHAGRA, JR., JOANNA | § | |
| KRANCHER, TINA CHAGRA AND | | |
| LESLIE C. KARAM, | § | |
| | | |
| RELATORS | § | |

## **J U D G M E N T**

The Court has considered this cause on the Relator's petition for writ of mandamus against the Honorable Eduardo Gamboa, Judge of the Probate Court No. 2 of El Paso County, Texas and concludes that Relators Malooly and Chagra Group's agreed motion to dismiss the petition for writ of mandamus should be granted. We therefore grant the agreed motion to dismiss the petition for writ of mandamus as to the Malooly Relators and the Chagra Group.

We further conclude that Relator Leslie C. Karam's petition for writ of mandamus should be denied. We therefore deny the petition for writ of mandamus, in accordance with the opinion of this Court.

IT IS SO ORDERED THIS 16TH DAY OF AUGUST, 2019.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.